UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ALEXANDER WEBB
*for Marvin T. Patrick* (Deceased),

         Plaintiff,

  v.              8:08-CV-0082

COMMISSIONER OF SOCIAL SECURITY,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## **DECISION and ORDER**

  This matter brought pursuant to 42 U.S.C. § 405(g) was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

  No objections to the October 9, 2009 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and DISMISSES the petition.

IT IS SO ORDERED.

Dated: November 4, 2009

                           Thomas J. McAvoy
                           Senior, U.S. District Judge